IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUMNER P. WALTERS,

      Plaintiff,                                             Civil No. 07-1692 ST

      v.                                                   JUDGMENT OF DISMISSAL

SENVOY, LLC,

      Defendants.

      Based on the record and the stipulation of the parties,

IT IS ORDERED AND ADJUDGED this action is dismissed with prejudice and without costs or attorney fees.

      IT IS SO ORDERED.

      Dated this 21st day of May, 2008.

                                                              /s/ Janice M. Stewart
                                                              JANICE M. STEWART
                                                              UNITED STATES MAGISTRATE JUDGE